IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNATHAN D. TAYLOR**                                                                       **PLAINTIFF**
**#254646**

**V.**                                        NO. 4:22-cv-001183-JM

**HIGGINS,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE